MEMO ENDORSED





STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

JUNE DUFFY
BUREAU CHIEF FOR LITIGATION

December 4, 2007

By Hand
Hon. Deborah A. Batts
United States District Judge
500 Pearl St., Room 2510
New York, NY 10007



Re:   Simmons v. Robinson, et al, 07 cv 7383

Dear Judge Batts:

The purpose of this letter is to request <u>a two week extension of time, to and including December 20, 2007,</u> for defendants in this <u>pro se</u> inmate case to answer or otherwise move with respect to the complaint. The extension request is actuated largely by the fact that the contact person with the Department of Correctional Services has been out of the office for family reasons. No previous request for an extension of time has been made except for what was inherent in the original setting of a date to answer or move.

/DAB/
GRANTED
Dec. 5, 2007

Respectfully submitted,

Lee Alan Adlerstein
Assistant Attorney General

cc. Simmons, <u>pro se</u>

**SO ORDERED**

Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

120 BROADWAY, NEW YORK N.Y. • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US