UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ALPHONSO SIMMONS,

                Plaintiff,

   - against -

FRANK ROBINSON, et. al.,

              Defendants.
-------------------------------------------------------x

PROPOSED REVISED
SCHEDULING ORDER
07 Cv. 7383 (DAB)(DFE)

Pro Se

     The following is submitted to modify the Court's February 20, 2008 Memorandum and Order as follows:

     1. All discovery shall be completed by August 29, 2008; and

     2. Dispositive motions, if any, shall be served and filed by October 10, 2008, *and must be addressed to Judge Batts*

Dated: July *10*, 2008
         New York, New York

                                    _____
                                    Hon. Douglas F. Eaton
                                    United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

USDC SDNY
DATE SCANNED 7/11/08